**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      Country Title, L.L.C. v. Morenike Jaiyeoba

Appellate case number:      01-14-00931-CV

Trial court case number:      07-CV-159705

Trial court:      268th District Court of Fort Bend County

     Appellee's Motion to Dismiss Appeal filed December 23, 2014 is **DENIED**. Further, Appellant's request for an award of attorney fees incurred in preparing a response to the motion to dismiss is also **DENIED**.

     It is so ORDERED.

Judge's signature: <u>/s/ Harvey Brown</u>

         ☑ Acting individually     ☐ Acting for the Court

Date: <u>January 8, 2015</u>